No. 04–7454. DUNBAR v. STATE STREET BANK & TRUST CO. (three judgments). App. Ct. Conn. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–7507. LEWIS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. JUSTICE BREYER would grant the petition for writ of certiorari.